JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE BRENDA C. HAN,<br><br>        Chapter 7 Debtor,<br>_____<br>BRENDA C. HAN,<br><br>        Appellant,<br><br>        v.<br><br>WESLEY H. AVERY, as Chapter 7 trustee,<br><br>        Appellee.<br>_____ | Case No. CV 18-3841 FMO<br><br>(BK Case No. 2:17-bk-16419 BR)<br>(Adv. Case No. 2:18-ap-1094 BR)<br><br>**ORDER DISMISSING APPEAL WITH PREJUDICE** |

Having reviewed the Stipulation to Dismiss Appeal with Prejudice, (Dkt. 18), IT IS ORDERED THAT:

    1. The Stipulation to Dismiss Appeal with Prejudice (**Document No. 18**) is **approved**.

    2. The appeal is **dismissed with prejudice**.

Dated this 10th day of December, 2018.

                                                      /s/
                                       Fernando M. Olguin
                                    United States District Judge